## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

Edward Louis DurBin
_____
(full name)        (Register No).

Case No. 19-3003 - CV - S - BP - P

**Plaintiff(s).**

v. Unknown Food Service provider
Texas County Jail
Scott Lyons - Former Texas County Jail
a Dmin iStrator
Rowda Douglas - Former Appointed
(Full name) Texas County Sherift.
Tim Garnica - Texas County Jail admin.
Scott Lindsey - Texas County Sheriff
Scott Long - Texas County Presiding
County Commisioner

**Defendant(s).**

Defendants are sued in their (check one):

\_\_\_\_ Individual Capacity

\_X\_ Official Capacity

\_\_\_\_ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I.   Place of present confinement of plaintiff(s): Texas County Jail
519 N. Grand Avenue, Houston MO 65483

II.  Parties to this civil action:

Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Edward L. DurBin      Register No. _____
Address 519 N. Grand Ave Houston, MO 65483

B. Defendant Unkown Name food Service Provider
Texas County Jail - 519 N. Grand Avenue Houston MO 65483
Is employed as Chief food provider for Texas County Jail

For additional plaintiffs or defendants, provide above information in same format on a separate page. See attached page

1

II Complaint under the Civil Rights
   act of 42 U.S.C. § 1983

Section B.

Defendents:

Scott Lyons - Former Texas County Jail
Administrator - 519 N. Grand avenue, Houston
Mo 65483

Rowdy Douglas - Former Appointed Texas County
Sheriff - 519 N. Grand avenue, Houston
Mo 65483

Unknown Named Former Texas County Presiding
County Commisioner - 519 N. Grand avenue,
Houston Mo. 65483

Jim Gaunica - Texas County Jail Administrator
519 N. Grand Ave, Houston MO 65483

Scott Lindsay - Texas County Sheriff - 519
N. Grand Ave, Houston MO 65483

Scott Long - Texas County Presiding
County Commisioner - 519 N. Grand avenue
Houston MO 65483

III. Do your claims involve medical treatment? Yes ✕ No _____

IV. Do you request a jury trial? Yes ✕ No _____

V. Do you request money damages? Yes ✕ No _____

State the amount claimed? as determined By Jury

$_____ / _____ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✕ No _____

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?

Yes ✕ No _____

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✕ No _____

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)

_____ See attached Page _____

_____

_____

D. If you have not filed a grievance, state the reasons.

_____

_____

_____

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes _____ No ✕

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes _____ No ✕

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____

(Plaintiff) (Defendant)

(2) Date filed: _____

2

## VII Grievence Procedure
Section C:

The first grievence filed on September 14, 2018, Gave to Jail employee, filed over 7 additional grievence forms up until December 24, 2018, All given to Jail employees, Recieved a response to only 1 [see attached form] was told "This IS Jail" no adaquate Change has Occured to Address ConCerns.

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
              (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
              (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX.    Statement of claim:

A.    State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

    UNKnown Named Food Service Provider Texas County Jail

1. October 8, 2018 - Served uncooked, Raw Beans. Eating Beans brought on Serious Stomach Pains. Diarehea, Loss of Weight Unnessesary Exposure to Food Bourne Illnesses.

2. October 14, 2018 Texas County Jail Served Raw, uncooked Peas Eating Peas brought on additional Serious Stomach Pains, additional Loss of Weight. unnessesary Exposure to Food Bourne Illnosses

      See attached Pages

B.    State briefly your legal theory or cite appropriate authority:
      See attached Page

3

IX    Statement of Claim - Continued
Section A.

3. October 22, 2018 - Texas Count Jail - Served
Spoiled Mandrian Oranger - Causeing Serious
Stomach Pains - Weight Loss, unnessesary Exsposure
to food Bourne Illnesses

4. December 6, 2018 - Texas County Jail - Served
Spoiled/Exspired milk - Consuming milk
Caused Serious Stomach Pains, weight loss
unnessesary Exsposure to Food Bourne Illnesses

5. August 20, 2018 thru November 6, 2018 - Texas County Jail
failed to Provide adequate Leveks of
nutrition/calories to Ensure minimum
level of health. Causeing Serious Weight
Loss [Eistles], which in my already weakened
Condition Brought about dizey spells,
uncontrokable tremors. Serious damage
to overall Health.

Scott Lyons - Former Texas County Jail Administrator

1. August 20, 2018 - Texas County Jail - After being
Notified on August 20, 2018 [date of arrest]
that I had a P.E.T. Scan on August 22, 2018
did notthing to Ensure my being able

Continued on Back

1.cont: to make my appointment. I know nothing about the Stage or any further treatment of my Throat Cancer. Causeing Serious irreverable health damage

2. August 20, 2018 thru November 6, 2018 - Texas County Jail Did not Provide adequate level of Nutrition/calories to Ensure a minimum level of health. Causeing Serious Weight loss [15+lbs] which in my alReady Weakened Condition caused dizzy spells, uncontrollable tremors, Serious health problems. Cruel and unusual punishment.

3. August 20, 2018 thru November 6, 2018 - Texas County Jail - failed to provide any Nutrition from Dinner [4:30pm - 5pm] to breakfast [7:30am - 8am] 15+ hrs between meals, Causeing unnessesary Pain and Suffering, Cruel and unusual punishment.

4. August 20, 2018 thru November 6, 2018 - Texas County Jail - Failed to Correct known food handling Issues, thereby Exsposeing inmate to Serious Risks of food Bourne Illnesses in a alReady Weakened Condition.

Continued on Next Page.

Page 3.        Scott Lyons Continued
               IX Statement of Claim

Section A.

5. August 20, 2018 thru November 6, 2018 - Texas County Jail. - failed to provide Material Saftey Data Sheets on cleaning chemicals after verbal and written Requests. Not allowing Inmate to be aware of Known Risks and health hazards. Inmate was Exsposed during required cleaning of Cell, common area, Shower, Causering unnessesary Exsposure to known health hazards.

6. August 20, 2018 thru November 6, 2018 - Texas County Jail - failed to provide Personal Protective Equipment. [Gloves] to Inmate required to clean cell, common area, Shower Causering unnessesary Exsposure to Known chemical hazards, unnessesary risk to health.

7. August 20, 2018 thru November 6, 2018 - Texas County Jail - failed to provide assess to legal Material/ Law Library preventing Inmate from participating in own defense.

Continued on Page 4.

Page 4.
  Section A.

  Rowdy Douglas- Former Appointe Texas County
  Sheriff:

1. August 20, 2018- Texas County Jail- After being
   notified on August 20, 2018 [date of arrst] that
   I had a P.E.T. scan on August 22, 2018 did
   nothing to Ensure my being able to Make
   my appointment. I know nothing about the
   stage or any further treatment of my
   Throat Cancer. Causeing Serious irreversable
   health damage.

2. August 20. 2018 thru November 6 2018, Texas
   County Jail- Did not Provide adequate
   level of Nutrition/Calories to ensure
   a minimum level of health. Causing
   Serious Weight Loss[15+LBS] which In my
   already weakened condition caused dizzy
   spells, uncontrollable tremors, serrious health
   problems. Cruel and unusal punishment

3. August 20. 2018 thru November 6, 2018- Texas
   County Jail- failed to provide any nutrition
   from Dinner [4:30pm-5pm] to breakfast [7:30am-8am]
   15+ hrs. between meals.

Continued on page 5

Page 5.     IX Statement of Claim Continued
Section A.

3. Cont: Causeing unnessesury pain and suffering,
Cruel and unusual punishment

4. August 20, 2018 thru November 6, 2018 - Texas
County Jail - failed to correct food handling
Issues, thereby Exsposeing inmate to
serious risks of Ford Bourne Illnesses
in a already weakened condition

5. August 20, 2018 thru November 6, 2018 - Texas
County Jail - failed to provide Material
Saftey Data Sheets on cleaning Chemicals
after verbal and written Requests, Not
allowing inmate to be aware of known
Risks and health hazards. Inmate was
Exsposed during required Cleaning of
Cell, Common area, Shower. Causeing unnessesury
Exsposure to known health hazards

6. August 20, 2018 thru November 6, 2018 - Texas County
Jail - failed to provide Personal Protective
Equipment [Gloves] to Inmate Required to
Clean Cell, Common area, Shower. Causeing
Unnessesury Exsposure to known Chemical
hazards, Unnessesury Risk do health
Continue on page 6.

Rowdy Douglas

Page 6. IX Statement of Claim Continued
Section A.

7. August 20, 2018 thru November 6, 2018 - Texas
County Jail - failed to provide access to
Legal Materials / Law Library preventing
Inmate from Participating in own
Drug Defense.

Unknown Named Former Texas County Presiding
County Commissioner

1. August 20, 2018 - Texas County Jail - After being
notified on August 20, 2018 [date of arrest]
that I had a P.E.T. Scan on August 22, 2018
did nothing to Ensure my being able to
make my appointment. I know nothing
about the stage or any further treatment
of my Throat Cancer, Causing Serious Irreversable
health damage.

2. August 20, 2018 thru November 6, 2018 - Texas County
-Jail - Did not provide adequate level of Nutrition/
Calories to ensure a minimum level of
health. Causing Serious weight Loss [15+ LBS] which
in my already weakened Condition Caused dizzy
spells, uncontrollable tremors, Serious health
problems. Cruel and unusal punishment

Continued on Page 7

3. August 20.2018 thru November 6, 2018 - Texas County Jail - failed to provide any nutrition from Dinner [4:30pm-5pm] to Breakfast [7:30AM-8AM] 15+ Hrs between Meals, Causeing unnessesary pain and suffering, Cruel and unusual punishment.

4. August 20, 2018 thru November 6, 2018 - Texas County Jail - failed to correct food handling Issues, there by Exsposeing Inmate to Serious Risks of food Bourne Illnesses in a already weakened Condition.

5. August 20, 2018 thru November 6, 2018 - Texas County Jail - failed to Provide Material Saftey Date Sheets on Cleaning Chemicals after verbal and written Requests, Not allowing inmate to be aware of Known Risks and health hazards. Inmate was Exsposed during required Cleaning of Cell, Common Area, Shower, Causeing unnessesary Exsposure to Known health hazards.

Continued on Page 8

page 8. Unknown Named Farmer Texas
County. Prediding Commissiuner
Section A. IX Statement of Claim

6. August 20, 2018 thru November 6, 2018 - Texas
County Jail - failed to provide Personal
Protective Equipment [gloves] to Inmate
required to clean Cell, Common areas, Shower.
Causeing unnessesary Exsposure to Known
chemical hazards, unnessesary Risk to
health

7. August 20, 2018 thru November 6, 2018 - Texas
County Jail - failed to provide access
to. legal material / Law Library preventing
inmate from participating in own
defense.

Tim Garnica - Texas County Jail Administrator

1. August November 7. 2018 to Present - Texas County
Jail - failed to provide adequate level
of nutrition / calories to Ensure minimum
level of health. Causeing Serious Weight
loss, Wltich In already weakened Condition
continued dizzy spells, uncontrollable tremors
Serious damage to overall health.

Tim Garnica-Texas County Admin.

IX Statement of Claim

Section A.

2. November 7, 2018 to Present - Texas County Jail - failed to provide adequate nutrition from Dinner [5pm-6pm] and Breakfast [9AM-930am] 15+ hrs between Meals, Causeing unnessesary pain and suffering, Cruel and unusual punishment.

3. November 7, 2018 to Present Texas County Jail failed to provide Material Safty Data Sheets on cleaning Chemicals after Verbal and written Requests, Not allowing Inmate to be aware of known Risks and health hazards, Inmate was Exsposed during Required Cleaning of Cell, Common Area, Showers. Causeing unnessasary Exsposure to known health hazards

4. November 7, 2018 to Present - Texas County Jail failed to provide Personal Protective Equipment [gloves] to inmate required to Clean Cell, Common area, Shower. Causeing unnessesary Exsposure to known chemical hazards, unnessesary risk to health.

Continued on Page 10

Tim Garnica Continued
IX Statement of Claim
Section A.

5. November 7, 2018 to Present - Texas County
Jail - failed to provide access to
legal material/Law Library preventing
Inmate from participating in
own Defense.

Scott Lindsay - Texas County Sheriff

1. November 7, 2018 to Present - Texas County Jail
failed to provide adequate level of
nutrition/calories to Ensure minimum
Level of health. Causeing Serious
Weight Loss, which in already weakened
Condition Continued dizzy spells,
unControllable tremors, Serious damage
to health.

2. November 7, 2018 to Present - Texas County Jail
failed to provide adequate nutrition from
Dinner [5pm - 6pm] and breakfast [9am - 9:30am]
15+ hrs between meals, Causeing unnessosary
pain and Suffering, Cruel and unusual
punishment

Scott Lindsay - Texas County Sheriff
Continued

IX Statement of Claim

Section A.

3. November 7, 2018 to Present - Texas County Jail - failed to provide Material Saftey Data Sheets on Cleaning Chemicals after verbal and written requests, not allowing inmate to be aware of known Risks and health hazards. Inmate was exposed during required Cleaning of Cell, common area, shower. Causing unnessesary Exsposure to known health hazards

4. November 7, 2018 to Present - Texas County Jail - failed to provide Personal Protective Equipment [gloves] to Inmate required to Clean Cell, Common area, shower. Causeing unnessesary Exsposure to known Chemical hazards. Unnessesary risk to health.

Continued on page 12

Scott Lindsay Texas County SHeriff
                    Continued
                      IX Statement of Claim
        Section A.

5. November 7, 2018 to Present - Texas County
   Jail - failed to provide access to Legal
   Material/Law Library preventing Inmate
   from participating in own defense

        Scott Long - Texas County Presiding
           Commissioner

1. November 7, 2018 to Present - Texas County
   Jail - failed to provide adequate Level
   of nutrition/calories to Ensure Minimum
   Level of health. Causeing Serious Weight
   Loss, Which In already Weakened Condition
   Continued dizzy spells, uncontrollable
   tremors, Serious damage to health.

2. November 7, 2018 to Present - Texas County Jail
   failed to provide adequate nutrition from
   Dinner [5pm-6pm] and breakfast [9m-9:30am]
   15+ hrs between Meals, Causeing unnessesary
   pain and suffering, Cruel and unusual
   punishment

Continue on Page 13

page 13    Scott Long - Texas County Presiding
                     Commisioner.
           Section A.      IX Statement of Claim

3. November 7, 2018 to Present - Texas County Jail
   failed to provide Material Saftey Data
   Sheets on Cleaning Chemicals after
   Verbal and Written Requests. Not Allowing
   Inmate to be Aware of Known Risks
   and health hazards. In Mate was Exsposed
   during Required Cleaning of Cell, Common Area,
   Shower. Causeing Unnessesary Exsposure to Known
   health hazards.

4. November 7, 2018 to Present - Texas County Jail
   failed to Provide Personal Protective Equipment
   [gloves] to Inmate required to Clean Cell,
   Common Area, Shower. Causeing unnessesary
   Exsposure to Know Chemical hazards.
   Unnessesary Risk to health.

5. November 7, 2018 to Present - Texas County Jail
   failed to provide access to Legal Material/
   Law Library preventing Inmate from
   participating in own defense.

Section B    IX Statement of Claim

I am Claiming protection under the 14th Amendment of the United States Constitution

Being fed Raw, uncooked food, Spoiled food and Expired / spoiled milk are Clear examples of Violations of the 14th Amendment of the United States Constitution and examples of Cruel and Unusual Punishment.

Inadequate nutrition/Calories, 15+ hrs between Meals are also clear examples of Violations of the 14th Amendment of the United States Constitution and examples of Cruel and Unusual punishment.

With holding my right to be Informed of chemical Hazards and being provided Simple protection [Gloves] are also examples of Violations of not only Federal Regulations but also the 14th Amendment of the United States Constitution. And examples of Cruel and Unusual punishment.

Violations of the Safe Foods Act - Hair in food, non-organic materials in food that Jail employees documented - Both with photos and written

Continued on Back

Stagnant water Left on trays that wore being served with food to inmate are also clear violations of Federal Regulations and the 14th Amendment of the United States Constitution, and examples of Cruel and Unusual punishment.

Lastly the withholding of legal Material/Law Library is a violation of due process. I cannot have a fair hearing if I am at the mercy of an already seriously underfunded, over worked, under staffed Public Defenders office. I have the Right to assist with my defense.

In Closing all of the Proceeding Examples are Clearly violations of the 14th Amendment of the United States Constitution and the Missouri State Constitution Article I § 10 and Article I § 21.

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

I would Like the Court to Severly reprimand all parties involved and Restore my Civil Rights that have Been Enfringed

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. _____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?       Yes ✗ No_____

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

I am currently in Texas County Jail and am being denied any access to any means of researching or Contacting any Legal Help that might be of assistance

C. Have you previously had a lawyer representing you in a civil action in this court?
                                                    Yes _____   No _____

If your answer is "Yes," state the name and address of the lawyer.

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this _26th_ day of _December_, 20_18_

_____
Signature(s) of Plaintiff(s)

Edward. L. DunBin

_____

4



Edward L. Dunbarn
Texas County Jail
519 N. Grand Ave
Houston MO 65483

Legal Mail

KANSAS CITY MO
28 DEC 2018

RECEIVED

2019 JAN -2 AM 10:44

CLERK U.S. DIST. COURT
WEST. DIST. OF MO.
KANSAS CITY, MO.

Office of the Clerk
United States District Court
Western District of Missouri
Kansas City, Missouri 64106